# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# CRIMINAL MINUTES - GENERAL

Case No. **3:06-CR-46**     At **Knoxville**     Date **May 23, 2006**

**U.S.A. vs. David Allen Hurst**

**PRESENT: HONORABLE H. BRUCE GUYTON, U.S. MAGISTRATE JUDGE**

| N. Graham | Jolene Owen | Tracey Stone |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Assistant US Atty** |

| Jonathan Moffatt | | Carol Cavin |
|---|---|---|
| **Attorney for Defendant** | | **Probation Officer** |

**Others present: USM, CSO**

| DEFENDANT(S) | ATTORNEYS FOR DEFENDANT(S) |
|---|---|
| **David Allen Hurst** | **Jonathan Moffatt** |

[] Initial Appearance     [X] Detention hearing     [] Removal hearing
[] Pretrial conference     [] Motion hearing     [] Bond hearing
[] Preliminary hearing     [] Probation hearing [] Other
[] Defendant(s) advised of rights; charges and penalties
[] Financial affidavit executed
[] Ordered attorney be appointed under Criminal Justice Act

**PROCEEDINGS: Detention hearing held. Proffer of proof by parties. Defendant ordered detained and remanded to custody of USM. Order to follow.**

[X Bond denied     [] Bond set at [] surety/non-surety
[] Defendant released on bond     [X defendant released to custody of US Marshal


**Time 10:00   to 11:00**