UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | No. 3:06-CR-46 |
| V. | ) | (JORDAN/GUYTON) |
| | ) | |
| DAVID ALLEN HURST, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is before the Court on Defendant Hurst's Motion To Withdraw Prior Motion To Withdraw Guilty Plea [Doc. 20], filed on October 13, 2006. Defendant moves the Court to permit him to withdraw his previously filed Motion To Withdraw Guilty Plea [Doc. 15]. In support thereof, counsel for Defendant states that Defendant now fully understands the issues which had troubled him and has made an informed decision to withdraw his prior motion to withdraw his guilty plea.

Finding that Defendant has shown good cause, the Court hereby **GRANTS** the Motion To Withdraw Prior Motion To Withdraw Guilty Plea [**Doc. 20**] and orders that the Motion To Withdraw Guilty Plea [**Doc. 15**] is hereby **WITHDRAWN** and **DENIED AS MOOT**.

**IT IS SO ORDERED.**

ENTER:

    s/ H. Bruce Guyton
United States Magistrate Judge